THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ENIX
BUSSEY, Appellant.

Argued September 29, 1947; decided October 16, 1947.

*Edward H. Levine* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and
*Sylvia Jaffin Singer* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.